UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FIDUCIARY ASSET MANAGEMENT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:07-cv-00301-HEA |
| vs. ) | |
| ) | |
| JEFFREY O. SWOPE, ) | |
| ) | |
| Defendant. ) | |

**FIRST AMENDED DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri notice is hereby given by counsel of record for Plaintiff that the following corporate interests are disclosed:

1. The parent companies of the corporation: Piper Jaffray Companies.

2. Subsidiaries not wholly owned by the corporation: None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation: Piper Jaffray Companies.

1

Respectfully submitted,

/s/ Matthew B. Robinson
Stanley G. Schroeder, E.D. No. 24953
Robert W. Stewart, E.D. No. 4463
Matthew B. Robinson, E.D. No. 498731
William L. Lawson, E.D. No. 33217
The Lowenbaum Partnership, L.L.C.
222 South Central Avenue, Suite 901
St. Louis, MO 63105
(314) 863-0092 - Main
(314) 746-4848 - Fax
sschroeder@lowenbaumlaw.com
rstewart@lowenbaumlaw.com
wlawson@lowenbaumlaw.com
mrobinson@lowenbaumlaw.com

Dated: January 8, 2008.

**Attorneys for Plaintiff**
**Fiduciary Asset Management, L.L.C.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the CM/ECF system of the United States District Court for the Eastern District of Missouri this 8th day of January 2008 upon the following:

Mr. Todd A. Higgins
Crosby & Higgins, L.L.P.
500 Fifth Avenue
Suite 1410
New York, NY 10110

(counsel for Defendant)

/s/ Matthew B. Robinson